Henry J. LANGER;  Patricia K. Langer, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

Henry J. Langer;  Patricia K. Langer, Petitioners,

v.

Commissioner of Internal Revenue, Respondent.

No. 05–3510.

United States Court of Appeals, Eighth Circuit.

Submitted:  Aug. 21, 2006.

Filed:  Aug. 28, 2006.

Henry J. Langer, Minneapolis, MN, pro se.

Patricia K. Langer, Minneapolis, MN, pro se.

Kenneth L. Greene, Sara A. Ketchum, Eileen J. O'Connor, U.S. Department of Justice, Donald L. Korb, U.S. Internal Revenue Service, Office of Chief Counsel, Washington, DC, for Respondent.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Henry J. and Patricia K. Langer appeal the adverse decision of the United States Tax Court[1] concerning levies to collect 1990 and 1991 federal income-tax liabili-

ties, and their related request for an interest abatement.  We affirm for the reasons stated by the Tax Court in its well-reasoned decision.  *See* 8th Cir. R. 47B.

---

1. The Honorable Diane L. Kroupa, United States Tax Court Judge.